1122

No. 95–6830.  SMITH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6897.  ROBERTS *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 95–7176.  BRACEY *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 95–7290.  ERNESTO ESPINOSA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–7302.  CULLUM *v.* HAWK, DIRECTOR, BUREAU OF PRISONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–7313.  NAKAMOTO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–7316.  FRANKLIN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 95–7319.  JONES *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–7336.  TOWNZEN *v.* COUNTY OF EL DORADO, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–7374.  DINGLE *v.* VICTORY SAVINGS BANK ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 95–7414.  SALZER *v.* DELLINGER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–7530.  JOHNSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–7673.  SMITH *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 95–7681.  SILVERBURG *v.* ASHLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.